**DISMISSED and Opinion Filed May 16, 2024**



**In the**

**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-23-00184-CR

**EUGENE WEBB, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-76758-W**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Pedersen, III, and Carlyle
Opinion by Justice Carlyle

Before the Court is appellant's motion to withdraw this appeal. In the motion, appellant states that he: (1) "requests that this Court allow him to withdraw his appeal"; and (2) "requests that this Court dismiss the appeal." The motion is signed by appellant and his counsel.

We grant the motion to withdraw the appeal, and we order the appeal dismissed.

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)

230184F.U05



## Court of Appeals
## Fifth District of Texas at Dallas
### JUDGMENT

EUGENE WEBB, Appellant

No. 05-23-00184-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 363rd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F18-76758-W.
Opinion delivered by Justice Carlyle.
Justices Partida-Kipness and
Pedersen, III participating.

Based on the Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered May 16, 2024